Tamisha Lewis-Junge
Name
3748 Aldren Circle
Mailing address
Anchorage, AK 99517
City, State, Zip
4081?
Telephone

RECEIVED
SEP 11 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Tamisha Lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

Case No. _____
(To be supplied by Court)

vs.

Ted Stevens Airport,
Alaska State Trooper,
U.S. Air Force,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Tamisha Lewis-Junge
(print your name)

who presently resides at 3748 Aldren Circle Anchorage, AK 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Ted Steven Airport__ is a citizen of
(name)
__Alaska__, and is employed as a_____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Alaska State Trooper__ is a citizen of
(name)
__Alaska__, and is employed as a_____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __U.S Air Force__ is a citizen of
(name)
__Alaska__, and is employed as a_____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **2011** (Date), my civil right to **Travel safely and not be stalked** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by **Ted Stevens airport** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was being stalked by someone using technology illegally. He ran to the airport to get information about my wear abouts.

Also attacked me at the airport and used technology to have TSA to onstally harrass me at the airport.

Claim 2: On or about __2011__ (Date), my civil right to __Not to be stalked on a investagation__ (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only** one violation.) was violated by __Alaska State police__ (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I was kidnapped by someone using technology illegally from the military base.

They made up a delusional investagation to have my plane tickets looked at then, made up a delusional police case at the airport.

Claim 3: On or about **2011** (Date), my civil right to **live freely in america** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **U.S. Air Force** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I was kidnapped by someone using technology from the military base. So he caused delusional things at the airport by using technology.

To remain stalking he made up a delusional investagation for me to be held hostage to show me where I am at aphy stalking me

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ✓ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha lewis-Dunaye

Defendant(s): U.S Air Force

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ___ Appealed ___ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha lewis-Dunaye

Defendant(s): Ted Steven Airport

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ___ Appealed ___ Still pending

Issues Raised: _____

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 30,000,000

2. Punitive damages in the amount of $ 30,000,000

3. An order requiring defendant(s) to Stop having police follow me to airport

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. ✓ Yes ____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage AK (Location) on 9/11/2025 (Date)

_(Plaintiff's Original Signature)_

_____
Original Signature of Attorney (if any)    (Date)

_____
Attorney's Address and Telephone Number